UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| vs. | § | NO:   DR:09-CR-00708(1)-AM |
| | § | |
| (1) MARIA GARCIA | § | |

**ORDER REVOKING SUPERVISED RELEASE**
**AND RE-SENTENCING DEFENDANT**

On **November 25, 2013**, came on to be heard before the Court, the Government's Petition to Revoke the Defendant's term of supervised release filed on **November 6, 2012**. The defendant, **(1) MARIA GARCIA**, appeared with his attorney **C. Jeffrey Mulliner**, and the government appeared by Assistant United States Attorney, **Tim Duree**, in the above-entitled and numbered criminal action.

The defendant pled not true to the Violations alleged in the Petition to Revoke Supervised Release.

The Court finds by a preponderance of the evidence, after having conducted an evidentiary final revocation hearing on **November 25, 2013**, that the defendant has violated the terms of supervised release as alleged in the said petition. Thus, the Government's petition to revoke will be and is hereby **GRANTED**.

It is hereby ORDERED that the terms of supervised release ordered on **January 13, 2010**, as set out in the judgment entered on **January 13, 2010**, being the same, is hereby revoked and set aside pursuant to the Sentencing Reform Act of 1984.

It is further **ORDERED** that the defendant, **(1) MARIA GARCIA** be committed to the

custody of the U.S. Bureau of Prisons for a term of **TWENTY-FOUR (24) months**, **to run concurrently with DR-06-CR-1096 (01) and consecutively to Colorado case**, pursuant to 18 U.S.C. § 3583(e)(3).  No further term of supervised release is imposed.

The Court recommends that the defendant be incarcerated as close to FCI Carswell, if possible.

SIGNED on this **27th day of November, 2013**.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

## RETURN

I have executed this Revocation Order as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Order.

_____
United States Marshal

By: _____
Deputy Marshal